1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130

Attorneys for Defendant,
RALPH LAUREN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH LAUREN CORPORATION, a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 4:23-cv-06669-HSG<br>Honorable Haywood S. Gilliam, Jr.<br><br>**DEFENDANT RALPH LAUREN CORPORATION'S MOTION TO SUBSTITUTE LAW FIRM; ORDER**<br><br><br>Trial Date:       None Set<br>Action Filed:    December 28, 2023 |

On behalf of Defendant Ralph Lauren Corporation, the following attorneys:

(1) move to substitute as counsel of record.

(2) certify they are members in good standing of this Court's bar.

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

New counsel seeking to appear and firm name:

Michael J. Chilleen
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:   714.513.5100
Facsimile:    714.513.5130
Email:         mchilleen@sheppardmulliln.com

Hayley S. Grunvald, Cal. Bar No. 227909
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:   858.720.8900
Facsimile:    858.509.3691
Email:         hgrunvald@sheppardmullin.com

Counsel withdrawing from representation and firm name:

Larry Scott Karlin
Dan Tudor Danet
Michael J. Karlin
Rex Thames Reeves
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California  92780-3707
Telephone:   714.731-3283
Facsimile:    714.731.5741
Email:         lsk@karlinlaw.com
                  dan@karlinlaw.com
                  mike@karlinlaw.com
                  rex@karlinlaw.com

Date:  September 4, 2024

/ / /

/ / /

/ / /

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____9/5/2024_____  

_____
UNITED STATES DISTRICT COURT JUDGE