UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RALPH LAUREN CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 4:23-cv-06669-HSG<br><br>**ORDER GRANTING STIPULATION REGARDING MEDIATION DEADLINE**<br><br>Complaint Filed:  December 28, 2023<br>Trial Date:           None Set |

**IT IS HEREBY ORDERED:**

Good cause having been shown, the deadline for the Parties to attend mediation shall be extended up to and including October 21, 2024.

DATED:

Honorable Haywood S. Gilliam, Jr.
United States District Judge