UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR,<br><br>Plaintiff,<br><br>v.<br><br>RALPH LAUREN CORPORATION,<br><br>Defendant. | Case No. 23-cv-06669-HSG<br><br>**AMENDED SCHEDULING ORDER** |

A case management conference was held on May 20, 2025. Having considered the parties' proposal, *see* Dkt. No. 55, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact and Expert Discovery Related to Class Certification | August 12, 2025 |
| Last Day to File Motion for Class Certification | October 15, 2025 |
| Last Day to File Opposition | November 5, 2025 |
| Last Day to File Reply | November 19, 2025 |
| Hearing on Motion for Class Certification | December 11, 2025, at 2:00 p.m. |

//

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   5/21/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge