SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:   714.513.5100
Facsimile:    714.513.5130

Attorneys for Defendant,
RALPH LAUREN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RICHARD PAUL MERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RALPH LAUREN CORPORATION, a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 4:23-cv-06669-HSG<br>Honorable Haywood S. Gilliam, Jr.<br><br>**STIPULATION AND ORDER CONTINUING FACT DISCOVERY CUTOFF**<br><br>Trial Date:      None Set<br>Action Filed:  December 28, 2023 |

Plaintiff Richard Paul Merrell ("Plaintiff") and Defendant Ralph Lauren Corporation ("Defendant") (collectively, the "Parties") submit this stipulation and proposed order to continue the fact discovery cutoff date in this matter for a period of three (3) weeks to allow Plaintiff to take the deposition of Sadiki Christie that has been unilaterally noticed prior to the discovery cutoff, but when Mr. Christie is unavailable.  The Parties' stipulation is based on the following:

WHEREAS, on December 28, 2023, prior named class representative, Vivian Salazar ("Salazar"), filed her class action complaint against Defendant;

WHEREAS, on May 23, 2024, Defendant filed its answer to Salazar's complaint;

WHEREAS, on December 17, 2024, the Parties attempted to mediate this matter;

WHEREAS, the mediation was unsuccessful, thus, on January 21, 2025, the Court held a case management conference and set the close of fact and expert discovery related to class certification for July 1, 2025;

WHEREAS, on May 12, 2025, due to Salazar wishing to withdraw as named class representative, the Parties submitted a joint statement regarding extending scheduling deadlines and leave to file a proposed amended complaint;

WHEREAS, on May 21, 2025, the Court granted leave to file an amended complaint;

WHEREAS, on May 21, 2025, Salazar was replaced by Plaintiff in the First Amended Complaint;

WHEREAS, on May 21, 2025, the Court reset the Parties' deadlines and set the close of fact and expert discovery related to class certification of August 12, 2025;

WHEREAS, on July 1, 2025, Plaintiff unilaterally noticed the deposition of Sadiki Christie for August 11, 2025 and Defendant's PMK (who is also Sadiki Christie) on certain specified topics, for August 12, 2025, without first requesting Mr. Christie's availability;

WHEREAS, Mr. Christie is unavailable on August 11 or 12 and will not be available for deposition until the third week of August, as he is out of the country on vacation;

WHEREAS, the Parties have agreed that the PMK deposition and Mr. Christie's deposition can be taken on August 22, 2025 or August 25-29, 2025;

1  WHEREAS, good cause exists to extend the fact discovery deadline for class certification
2  because Mr. Christie is not available for deposition on the dates unilaterally noticed by Plaintiff.
3  Mr. Christie is only available at the end of August when he is back from his vacation.

4  WHEREAS, the extension will not impact the deadline for Plaintiff to file his motion for
5  class certification in October 2025.

6  WHEREAS, there is no prejudice to the Parties if the fact discovery deadline is extended 3
7  weeks.

8  WHEREAS, the Parties respectfully request the Court continue the discovery cutoff to
9  September 2, 2025 to allow Plaintiff to take the deposition of Mr. Christie.

**NOW THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

That the class certification discovery cutoff date of August 12, 2025, be continued to September 2, 2025, to allow Plaintiff to take the deposition of Mr. Christie.

**IT IS SO STIPULATED**

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: July 21, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ *Michael J. Chilleen*
MICHAEL J. CHILLEEN
Attorneys for Defendant,
RALPH LAUREN CORPORATION

1  Dated: July 21, 2025

2                              WILSHIRE LAW FIRM, PLC

3

4                      By          */s/ Thiago M. Coelho*
                                    Thiago M. Coelho
5                                   Attorneys for Plaintiff,
                                    RICHARD PAUL MERRELL
6

**ORDER**

Pursuant to the stipulation of the Parties, the Stipulation Continuing Fact Discovery Cutoff For a Specific Deposition is **GRANTED**. The class certification discovery cutoff is continued to September 2, 2025, for the purpose of taking the deposition of Defendant's PMK and the individual deposition of Sadiki Christie.

**IT IS SO ORDERED.**

DATED: 7/23/2025

_____
Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT