UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAUL MERRELL, | Case No. 23-cv-06669-HSG |
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| RALPH LAUREN CORPORATION, | |
| Defendant. | |

Having considered the parties' stipulation and proposed order, *see* Dkt. No. 73, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact and Expert Discovery Related to Class Certification | September 23, 2025 |
| Last Day to File Motion for Class Certification | November 12, 2025 |
| Last Day to File Opposition | December 3, 2025 |
| Last Day to File Reply | December 17, 2025 |
| Hearing on Motion for Class Certification | January 15, 2026, at 2:00 p.m. |

//
//
//
//
//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause.  The parties are directed to review and comply with this Court's standing orders.  This order
3    terminates Dkt. No. 73.

**IT IS SO ORDERED.**

Dated:   8/13/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge