UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD PAUL MERRELL individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RALPH LAUREN CORPORATION, a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 4:23-cv-06669-HSG<br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANT RALPH LAUREN CORPORATION'S ADMINISTRATIVE MOTION TO ADVANCE HEARING PURSUANT TO CIVIL L.R. 7-11**<br><br>[Filed concurrently with Administrative Motion to Advance Hearing Pursuant to Civil L.R. 7-11 and Declaration of Michael Chilleen]<br><br>Trial Date:     None Set<br>Action Filed:  December 28, 2023 |

# ORDER

Upon consideration of Defendant Ralph Lauren Corporation's ("Defendant" or "Ralph Lauren") Administrative Motion to Advance Hearing Pursuant to Civil L.R. 7-11 (the "Administrative Motion"), the parties' submissions and arguments in support, and other materials properly before the Court, **IT IS HEREBY ORDERED** that the Administrative Motion is **GRANTED**.

Therefore, the hearing on Defendant's Motions to Exclude the Expert Report of Dr. Jon A. Krosnick and William C. Easttom II are advanced to January 15, 2026 at 2:00 p.m., to be heard with Plaintiff's Motion for Class Certification.

**IT IS SO ORDERED.**

Dated: 12/18/2025

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge