1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
3  mchilleen@sheppardmullin.com
   650 Town Center Drive, 10th Floor
4  Costa Mesa, California 92626-1993
   Telephone:    714.513.5100
5  Facsimile:    714.513.5130

6  Attorneys for Defendant,
   RALPH LAUREN CORPORATION
7

8

9                 UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

11

| | |
|---|---|
| RICHARD PAUL MERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RALPH LAUREN CORPORATION, a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants.. | Case No. 4:23-cv-06669-HSG<br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANT RALPH LAUREN CORPORATION'S REQUEST FOR LEAVE TO APPEAR REMOTELY AT THE MOTION FOR CLASS CERTIFICATION HEARING (as modified)**<br><br>Date:        January 15, 2026<br>Time:       02:00 p.m.<br>Courtroom: 2- 4th Floor<br><br>Action Filed:   December 28, 2023<br>Trial Date:     None Set |

1 | The Court, having considered Defendant Ralph Lauren Corporation's request
2 | for leave to appear via Zoom or telephonically at the hearing on Plaintiff Richard
3 | Paul Merrell's Motion for Class Certification set for January 15, 2026, at 2:00 p.m.,
4 | and finding good cause therefor,
5 | IT IS HEREBY ORDERED THAT:
6 | 1.   Defendant's counsel may appear at the hearing on Plaintiff's Motion
7 |      for Class Certification on January 15, 2026, at 2:00 p.m. via Zoom.
8 | 2.   The Zoom information and instructions remain the same as
9 |      previously provided in docket no. [35] and associated entry.

**IT IS SO ORDERED.**

Dated: 1/14/2026

_(signature)_
Honorable Haywood S. Gilliam, Jr.
United States Court District Judge