1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

17

18

| | |
|---|---|
| RICHARD PAUL MERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RALPH LAUREN CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 4:23-cv-06669-HSG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO APPEAR REMOTELY AT THE MOTION FOR CLASS CERTIFICATION HEARING** (as modified)<br>**Hearing**<br>Date:      January 15, 2026<br>Time:      2:00 p.m.<br>Judge:    Hon. Judge Haywood S. Gilliam, Jr.<br>Dept.:     Courtroom 2 – 4th Floor |

19

20

21

22

23

24

25

26

27

28

ORDER

1

**ORDER**

2      The Court, having considered Plaintiff Richard Paul Merrell's ("Plaintiff") request for

3  leave to appear remotely via Zoom or telephonically at the Motion for Class Certification hearing

4  set for January 15, 2026 at 2:00 p.m. and good cause therefore,

5      IT IS HEREBY ORDERED THAT:

6  1. Plaintiff's counsel may appear at the hearing on Plaintiff's Motion for Class Certification

7     on January 15, 2026, at 2:00 p.m. remotely via Zoom.

8  2. The Zoom information and instructions remain the same as previously provided in docket

9     no. [35] and associated entry.

10  **IT IS SO ORDERED.**

11

12  Date:  1/14/2026

Hon. Haywood S. Gilliam, Jr.

13  United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER