# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Richard Paul Merrell, invididually and on behalf of all others similarly situated

Plaintiff(s)

v.

Ralph Lauren Corporation

Defendant(s)

CASE No. 4:23-cv-06669-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
Private mediation through a neutral mediator.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: within 90-120 days (after November 1, 2026)

Date: August 11, 2026 /s/ Thiago Coelho
Attorney for Plaintiff
Richard Paul Merrell

Date: August 11, 2026 /s/ Michael J. Chilleen
Attorney for Defendant
Ralph Lauren Corporation

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 8/12/2026

Haywood S. Gilliam, Jr.
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*