UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD PAUL MERRELL,
Plaintiff,
v.
RALPH LAUREN CORPORATION,
Defendant.

Case No. 23-cv-06669-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on August 4, 2026. Having considered the parties' proposals, *see* Dkt. No. 149, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings | August 31, 2026 |
| Close of Fact Discovery | January 4, 2027 |
| Exchange of Opening Expert Reports | January 19, 2027 |
| Exchange of Rebuttal Expert Reports | February 3, 2027 |
| Close of Expert Discovery | February 18, 2027 |
| Dispositive Motion Hearing Deadline | April 8, 2027, at 2:00 p.m. |
| Pretrial Conference | June 29, 2027, at 3:00 p.m. |
| Jury Trial (7 days)[1] | July 12, 2027, at 8:30 a.m. |

[1] It is not entirely clear what the actual dispute is between the parties about what trial should look like. *See* Dkt. Nos. 151, 154. The parties (and the Court) apparently agree that a jury should decide the claim for individual statutory damages, the Court should decide the claim for injunctive relief, and there will be a significant amount of evidentiary overlap that can be presented to the Court and the jury at once. The parties will have to work together to figure out the exact process for handling these claims as the trial date approaches. For now, the Court will set this as a jury trial (at least in part).

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/14/2026

Haywood S. Gilliam, Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California